THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Purdy,* 167 App. Div. 637, reversed.

(Argued November 17, 1915; decided November 23, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1915, which reversed an order of Special Term reducing an assessment for purposes of taxation on real property of relator in the city of New York, dismissed a writ of certiorari and confirmed the assessment as levied.

*George H. Walker, Crosby J. Beakes* and *Alexander S. Lyman* for appellant.

*William H. King, Addison B. Scoville* and *Lamar Hardy* for respondents.

Order of Appellate Division reversed, with costs, and that of Special Term affirmed, upon the dissenting opinion of SCOTT, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.